**"MARY T", on behalf of herself and her incapacitated minor son, "Blake T"; "Blake T", a minor son, Plaintiffs–Appellants,**

v.

**EDUCATION DEPARTMENT OF the State of HAWAII, Defendant–Appellee.**

No. 07–15809.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted June 19, 2008.

Filed June 25, 2008.

Carl M. Varady, Esq., Honolulu, HI, for Plaintiffs–Appellants.

Aaron H. Schulaner, Holly T. Shikada, Office of the Hawaii Attorney General, Honolulu, HI, for Defendant–Appellee.

* This disposition is not appropriate for publica-

Before: GOODWIN, RYMER, and IKUTA, Circuit Judges.

MEMORANDUM *

Mary T., on behalf of herself and son Blake T., a minor, appeals the judgment of the district court. We dismiss the appeal.

As counsel agreed at argument, neither an affirmance nor reversal would have any effect. To decide this case, in the circumstances, would be to render an advisory opinion. We decline to do so.

DISMISSED.

\* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* The Honorable Paul G. Rosenblatt, United States District Judge for the District of Arizona, sitting by designation.

\*\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.